778 A.2d 619

**Hope D. DESANTIS, Executrix of the Estate of Angela L. Desantis, Deceased, Appellant**

v.

**FRICK COMPANY, Now by Merger, York International Corporation, Appellee.**

Supreme Court of Pennsylvania.

Submitted March 6, 2001.

Decided July 17, 2001.

Richard L. Orwig, Reading, for Amicus Curiae, Pennsylvania Trial Lawyers Ass'n.

S.E. Riley, Erie, James A. Henderson, Aaron D. Twerski, New York City, for Appellant, Hope D. Desantis.

James R. Fryling, Erie, for Appellee, Frick Co./York Intern. Corp.

### *ORDER*

PER CURIAM:

**AND NOW, this** 17th day of July, 2001, the appeal is dismissed as having been improvidently granted.

Justice SAYLOR dissents, as he would afford review on the issues presented.